Case 1:25-mj-00232-MJS    Document 1-1

Case: 1:25-mj-00232
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 9/25/2025
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF OFFENSE**

1. At around 3:30am on September 20, 2025, Metropolitan Police Department ("MPD") officers responded to 14th Street and Irving Street NW in Washington, D.C. A complainant there reported that he had just been robbed.

2. The complainant told police that he parked his car—a black Nissan Altima—in front of 1438 Park Road NW to get food from a tobacco and grocery store. When he realized the store was closed, he started walking back toward his car and encountered a man riding a lime green bicycle. As explained below, police have since identified the man as Avery Ricardo Robinson III. According to the complainant, Robinson asked him how he was doing and what he was looking for. The complainant responded that he was looking for food and was not from the neighborhood.

3. The complainant reported that he tried to end the conversation and approached his car. Robinson then said something to the effect of, "Don't play with me. Give me what you got." He pulled a small black handgun from the front of his waistband and held it in his hand. The complainant threw his phone on the ground in front of Robinson, but the complainant said Robinson asked for more. Robinson patted down the complainant's pants and felt something in one of the complainant's pockets. He asked the complainant what was in there. In response, the complainant pulled out a set of car keys and gave them to Robinson. Robinson then told the complainant to leave, warning the complainant that Robinson would shoot him if Robinson saw him again.

4. Responding officers tracked the complainant's phone to the area of 2412 17th Street NW. During a canvas of the area, the officers found the complainant's car unoccupied. MPD personnel searched the car and had it towed. The search did not uncover the complainant's cell phone or car keys.

5. On September 22, 2025, I visited the tobacco and grocery store and obtained surveillance footage that documented the carjacking. It depicted a suspect on a bike speak with the complainant and pat him down while holding a gun in one hand. It also captured the complainant give the suspect his phone, car keys, and necklace. Afterwards, the complainant and suspect both left the scene. The suspect returned shortly and drove off in the same Nissan Altima the complainant had arrived in minutes earlier.

6. Notably, the surveillance footage showed that the suspect was wearing a black zip-up jacket with a Puma logo over the left-chest area, a large silver ring on the right ring finger, dark pants with slits on the seams around the ankles, and white shoes. The suspect also wore a short bush-style haircut and held a blue cell phone with a black case. In addition, the surveillance footage showed that, before the carjacking, the complainant was wearing a necklace with a small circular pendant.



**Figure 1: A Still from Surveillance Footage Showing the Carjacking Suspect**

7. I next visited the area where officers found the complainant's car—near 2400 17th Street NW—to canvas for cameras. There, I saw Robinson, whose appearance matched the carjacking suspect in the surveillance footage. I called for uniformed patrol officers to assist. During the phone call, I advised officers that Robinson was a suspect in an armed carjacking and may be carrying a firearm. Shortly afterward, MPD officers found Robinson on a bike speaking with a crossing guard at 17th Street and Columbia Road NW.

8. The officers stopped Robinson and began to pat him down. Robinson told the officers that he had "a dog" on him. The officers knew from their training and experience that the term "dog" is a commonly used to refer to a gun. The officers asked Robinson where it was, and Robinson gestured toward his right hip.

9. Officers then recovered from Robinson's waistband near his right hip a black Taurus Millennium G2 9-millimeter semiautomatic handgun bearing serial number TIX27077. The gun was loaded with five rounds of 9-millimeter ammunition: one in the chamber and four in an attached magazine. It appeared to be a fully functional weapon designed to expel a projectile by the action of an explosive.

10. Officers placed Robinson under arrest. At the time of his arrest, Robinson was wearing clothing that looked like the carjacking suspect's. He had a black zip-up jacket with a Puma logo over the left-chest area, a large silver ring on the right ring finger, dark jeans with slits on the seams around the ankles, and white shoes. Robinson also wore a necklace with a small circular pendant that looked like the one the complainant had been wearing.



**Figure 2: A Photo of Robinson After His Arrest**

11.     While detained, Robinson asked officers to use his cell phone to stop a bike share program from continuing to charge him for the bike he had been using. The officers followed his instructions to end the ride. His cell phone was blue with a black case, like the carjacking suspect's.

12.     Officers transported Robinson to MPD's Third District. There, another MPD detective and I read Robinson his *Miranda* rights and asked to interview him. Robinson agreed. At first, Robinson spoke about having the gun in his possession. When we told Robinson that he was a suspect in a carjacking, Robinson initially said he did not want to answer any more questions.

13.     But as we began to end the interview, Robinson reengaged and indicated that he wanted to talk more. We showed Robinson a still photo of the carjacking suspect from the surveillance footage. Robinson said he did not know who was in the photo and repeatedly denied that it was him. In the conversation that followed, Robinson went on to describe in detail events that the surveillance footage captured, claiming to have heard about the carjacking but sometimes using the first person to describe the suspect. On at least one occasion, Robinson even described something the complainant was wearing. We never showed him the surveillance footage.

14.     A review of law enforcement databases revealed that Robinson had a warrant for his arrest from the Anne Arundel County Sheriff's Office. The warrant was issued on May 20, 2025, for a probation violation in regard to a vehicle theft. In addition, law enforcement databases revealed that Robinson was on probation in a case in D.C. Superior Court (No. 2024 CMD

008519).  On October 3, 2024, Robinson was sentenced in that case for second-degree theft to 60 days of incarceration, suspended pending a one-year probationary period.

15.    There are no motor vehicle manufacturers in the District of Columbia, so the Nissan Altima that Robinson stole must have traveled into the District of Columbia through interstate or foreign commerce.

16.    I submit that probable cause exists to charge Avery Ricardo Robinson III with carjacking in violation of 18 U.S.C. § 2119(1) and brandishing a firearm during a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

Respectfully submitted,

_____
Thomas O'Donnell
Detective, Badge #D11252
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Federal Rule of Criminal Procedure 4.1 on September 25, 2025.

_____
MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE